Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

JS-6

*Attorneys for Plaintiff*

Mark Pearson
LARSON, GARRICK & LIGHTFOOT, LLP
633 West Fifth Street, Suite 1750
Los Angeles, California 90071
Tel.:  (213) 404-4100
Fax:  (213) 404-4123

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>COMODO COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.:<br><br>CV 09-04197 DDP (AJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

## ORDER

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

This action, including the Complaint and the Cross-Complaint and all causes of action therein, is hereby dismissed with prejudice pursuant to stipulation, under Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS HEREBY ORDERED.

Dated:
January 29, 2010

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE